IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALMA SHERRILL, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO.: A-08-CA-582-SS |
| § | |
| DEREK WRIGHT, FIVE POINT § | |
| ENTERPRISES, LLC, AND HORIZONS § | |
| SOUTHWEST MANAGEMENT, LP § | |
| *Defendants*. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of the Complaint and all claims and causes of action against Defendants herein with prejudice with each party to bear its or her own fees and costs.

Respectfully submitted this _____ day of March, 2009.

/s/ Charles L. Scalise
Charles L. Scalise
Ross Law Group
1104 San Antonio Street
Austin, Texas 78701
State Bar No.: 24064621
Telephone: 512/474-7677
Facsimile: 512/474-7677
ATTORNEYS FOR PLAINTIFF

/s/ Susan P. Burton
Susan P. Burton
Clark, Thomas & Winters
300 West 6th Street, 15th Floor
Austin, Texas 78701
State Bar No.: 03479350
Telephone: 512/472-8800
Facsimile: 512/474-1129
ATTORNEYS FOR DEFENDANTS